■ CHARLES R. BECKLEY, as Ancillary Executor of DOROTHY P. BECKLEY, Deceased, Respondent, v. F. DOUGLAS SPEAKS et al., Appellants, and AUDREY MILBURNE, Respondent.— Judgment unanimously affirmed, with costs to plaintiff-respondent as against defendants-appellants. The judgment and its affirmance here are without prejudice to the right, if any, of any of the parties, including the defendants-appellants, to a credit or recovery on the accounting for moneys which may be established to have been properly

expended in the partnership affairs on account of rental charges or license fees and established as a proper liability of the partnership. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.